**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244–4500**

In re

| | |
|---|---|
| **Debtor(s):**<br>Harold L Guido – See below for reported alias information.<br>xxx–xx–2486<br>– See below for reported alias information. | **Case No.: 20–45516 –B169**<br>**Chapter: 7**<br>**Date Filed: 11/30/20**<br>**14 – Day Notice – Individual**<br>**Date Converted:** |

## ORDER AND NOTICE OF DOCUMENTS DUE

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW ☑ OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

☐ The Filer incorrectly filed the Non–Individual Form for at least one or more of the documents indicated below. The correct INDIVIDUAL Form MUST be filed.

☐ A Summary of Your Assets and Liabilities and Certain Statistical Information (Form B106Sum)

☐ Schedule A/B: Property (Form B106A/B)

☐ Schedule C: The Property You Claim as Exempt (Form B106C)

☐ Schedule D: Creditors Who Hold Claims Secured by Property (Form B106D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Form B106E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (B106G)

☐ Schedule H: Your Codebtors (Form B106H)

☐ Schedule I: Your Income (Form B106I)

☐ Schedule J: Your Expenses (Form B106J)

☐ Declaration About an Individual Debtor's Schedules (Form B106Dec)

☐ Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (B107)

☐ Attorney Fee Election Form

☑ Attorney Compensation Disclosure Statement (Fed. R. Bankr. P. 2016(b)) (Form B2030)

☐ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors

☑ A Summary of Your Assets and Liabilities and Certain Statistical Information; All Schedules; Declaration About an Individual Debtor's Schedules; and Your Statement of Financial Affairs for Individuals Filing for Bankruptcy.

☑ Chapter 7 Statement of Your Current Monthly Income and Means–Test Calculation (Form B122A)

☐ Chapter 11 Statement of Your Current Monthly Income (Form B122B)

☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122C)

☐ Certificate of Credit Counseling – Voluntary Petition was ☐ filed without certificate attached; ☐ filed without sheet explaining exigent circumstances; ☐ filed without Motion for Waiver of Credit Counseling

☐ Voluntary Petition missing a signature – on page . An Amended Petition MUST be filed containing signatures on pages and .

☐ Voluntary Petition Form B201 was filed. Voluntary Petition Form B101 MUST be filed as an Amended Petition.

☐ Documents required to be filed pursuant to Local Rule 1019(A)(2)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☐ Other

**BY THE COURT:**

**U.S. Bankruptcy Judge**

Dated: 11/30/20
St. Louis, Missouri
Rev. 12/17 defind14

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 20-45516-blc |
| Harold L Guido | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 30, 2020 | Form ID: defind14 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

**Recip ID       Recipient Name and Address**
db       + Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 3