UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re ) | Case No. 20-45516-169 |
| ) | |
| HAROLD L. GUIDO, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | Hearing Date:   January 12, 2021 |
| ) | Hearing Time:   10:00 a.m. |
| SANTANDER CONSUMER USA INC., ) | |
| ) | |
| Movant, ) | Re:  Motion No.: 11 |
| ) | |
| v. ) | |
| ) | |
| HAROLD L. GUIDO and ) | |
| FREDRICH J. CRUSE, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Movant, Santander Consumer USA Inc., having filed its Motion for Relief from Automatic Stay (the "Motion") [Doc. No. 11] seeking the termination of the automatic stay with regard to a 2016 Ford Edge, VIN #2FMPK4AP2GBB55830l (the "Vehicle") it appearing that Movant is entitled to the relief requested in the Motion, it is hereby

ORDERED that said Motion be and it is hereby GRANTED, in that Movant is hereby authorized to enforce its security interest in the Vehicle pursuant to the terms and provisions of its Retail Installment Sale Contract and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. § 362 are hereby terminated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Federal Rule of Bankruptcy Procedure 4001.  All further relief prayed for by Movant is hereby denied.

DATED: January 19, 2021
St. Louis, Missouri

BONNIE L. CLAIR
United States Bankruptcy Judge

mtc

Order prepared by:

John P. Miller
Attorney for Movant


COPIES TO:

John P. Miller
13321 N. Outer Forty Rd., Suite 100
St. Louis, MO 63017
ATTORNEY FOR MOVANT

Harold L. Guido
1470 Park Ashwood Circle
St. Charles, MO 63304
DEBTOR

William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd., Ste. 205
St. Louis, MO 63144
ATTORNEY FOR DEBTOR

Fredrich J. Cruse
P.O. Box 914
718 Broadway
Hannibal, MO 63401
CHAPTER 7 TRUSTEE

U.S. Trustee
Office of US Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO 63102