UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | Case No.: 20-45516-169 |
| | ) | |
| HAROLD L. GUIDO, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | Hearing Date: January 12, 2021 |
| | ) | Hearing Time: 10:00 a.m. |
| SANTANDER CONSUMER USA INC., | ) | |
| | ) | |
| Movant, | ) | Motion No.: 11, 16 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD L. GUIDO and | ) | |
| FREDRICH J. CRUSE, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

## CORRECTED ORDER

Movant, Santander Consumer USA Inc., having filed its Motion for Relief from Automatic Stay (the "Motion") [Doc. No. 11] seeking the termination of the automatic stay with regard to a 2016 Ford Edge, VIN #2FMPK4AP2GBB55830 (the "Vehicle") it appearing that Movant is entitled to the relief requested in the Motion, it is hereby

ORDERED that said Motion be and it is hereby GRANTED, in that Movant is hereby authorized to enforce its security interest in the Vehicle pursuant to the terms and provisions of its Retail Installment Sale Contract and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. § 362 are hereby terminated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Federal Rule of Bankruptcy Procedure 4001. All further relief prayed for by Movant is hereby denied.

DATED: January 21, 2021
St. Louis, Missouri
mtc

BONNIE L. CLAIR
United States Bankruptcy Judge

Order prepared by:

John P. Miller
Attorney for Movant


COPIES TO:

John P. Miller
13321 N. Outer Forty Rd., Suite 100
St. Louis, MO 63017
ATTORNEY FOR MOVANT

Harold L. Guido
1470 Park Ashwood Circle
St. Charles, MO 63304
DEBTOR

William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd., Ste. 205
St. Louis, MO 63144
ATTORNEY FOR DEBTOR

Fredrich J. Cruse
P.O. Box 914
718 Broadway
Hannibal, MO 63401
CHAPTER 7 TRUSTEE

U.S. Trustee
Office of US Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO 63102

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 20-45516-blc |
| Harold L Guido | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdfo2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com MO34@ecfcbis.com |
| John P. Miller | on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 4