**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: **Debtor(s):**
Harold L Guido – See below for reported alias information. xxx–xx–2486
– See below for reported alias information.

Case No.: 20–45516 –B169

**CHAPTER 7**

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as to the above–named debtor(s) for the reason(s) indicated below.

- ☑ Debtor(s) did not file Official Form 423 or Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.
- ☐ Debtor(s) has/have not certified that all domestic support obligations due have been paid.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 3/4/21

**Reported Alias Information:**
Harold L Guido –
–

Rev. 12/15 clsnodsc