Certificate Number: 13858-MOE-DE-035431301

Bankruptcy Case Number: 20-45516



13858-MOE-DE-035431301

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2021, at 12:55 o'clock PM CST, Harold L Guido completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: March 6, 2021

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor