**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **CASE NO. 20-45516** |
| | ) | **Chapter 7** |
| **Harold Guido** | ) | |
| | ) | |
| **Debtor** | ) | |
| | ) | **William Riding, Jr., #38672,#84392** |
| | ) | **Ridings Law Firm** |
| | ) | **2510 S. Brentwood Blvd., Ste. 205** |
| | ) | **Brentwood, MO 63144** |
| | ) | **(314)968-1313** |
| | | **(314)968-1302 fax** |
| | | **ridingslaw2003@yahoo.com** |

**Motion to Reopen Case**

Comes now, the above Debtor, **Harold Guido**, and his attorney, are seeking to Reopen Case in regard to the case #20-45516, state as follows:

1. Debtors filed a Chapter 7 Bankruptcy Proceeding on November 30, 2020 in the United States Bankruptcy Court, Eastern District of Missouri, Case #20-45516.

2. There was an order entered March 4, 2021 closing case #20-45516 without a discharge for failure to file the mandatory Financial Management Course Certificate.

3. On March 6, 2021 debtor completed and filed on March 8, 2020 the Financial Management Course Certificate with this Court.

**Wherefore**, Debtor prays his Honorable Court Reopen Case #20-45516 to allow the filing of the Debtor's Certificate of Personal Financial Management.

Date: March 8, 2021

Respectfully submitted,
/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #84392
2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313

(314)968-1302 fax
ridingslaw2003@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Debtors Motion was mailed or sent through the courts ECF system on **March 8, 2021** to the following:

Harold Guido
1470 Park Ashwood Circle
St. Charles, MO 63144