**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re** | **Case No.: 20−45516 − B169** |
| **Debtor(s):** | **CHAPTER: 7** |

Harold L Guido − See below for reported alias information.
xxx−xx−2486
− See below for reported alias information.

### Order on Motion to Reopen Case to Allow Debtor(s) to File Financial Management Course Certificate(s) and/or File Certification(s) of Domestic Support Obligation(s)

    This case, filed on November 30, 2020, was closed by the Court's Final Decree on March 4, 2021, without the issuance of an Order of Discharge. The Debtor(s) has(ve) moved the Court to reopen this case so that the requisite Financial Management Course Completion Certificate(s) and/or Certification(s) of Domestic Support Obligation(s) may be filed. The Debtor(s) has(ve) now submitted the requisite document(s) indicated below. Upon consideration and review of the record in this case, it is

    **ORDERED** that the Debtor's(s') motion to reopen this case is **GRANTED**, and that this case shall be and is hereby reopened for the limited purpose of allowing the Clerk of Court to docket the document(s) indicated below. Upon the entry of the Order of Discharge in this case, the Clerk of Court shall re−close this case. All other relief requested in the Debtor's(s') motion to reopen this case is hereby denied.

☑ Official Form 423 or Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Certification of Domestic Support Obligations.

**U.S. Bankruptcy Judge**

Dated: 3/10/21

Rev. 12/15 oreop

**Reported Alias Information:**
Harold L Guido −
−

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 20-45516-blc
Harold L Guido Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 2
Date Rcvd: Mar 10, 2021     Form ID: oreop     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737 |
| 24986390 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 24954610 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 24954618 | + | IC System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 24954621 | + | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 24954634 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24954611 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 02:08:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2021 02:34:00 | Comenity Bank/Gordmans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24954614 | + | Email/Text: stacy@consumercollection.com | Mar 11 2021 02:34:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 24954615 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 11 2021 02:34:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 24954616 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 11 2021 02:34:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 24954617 | + | Email/Text: bknotice@ercbpo.com | Mar 11 2021 02:34:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 24954619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2021 02:34:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 24954620 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2021 02:34:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24954622 | + | Email/PDF: pa_dc_claims@navient.com | Mar 11 2021 02:10:12 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954632 | + | Email/Text: netcreditbnc@enova.com | Mar 11 2021 03:22:13 | NetCredit, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 24954633 | | Email/Text: info@plazaservicesllc.com | Mar 11 2021 02:33:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 24954612 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954623 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954624 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954625 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954626 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954627 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954628 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954629 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954630 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954631 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| John P. Miller | on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 4