# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HAROLD GUIDO, | ) | Case No. 20-45516-169 |
| | ) | |
| Debtor. | ) | Hon. Bonnie L. Clair |
| | ) | U.S. Bankruptcy Judge |
| _____ | ) | |
| | ) | |
| DANIEL J. CASAMATTA, | ) | |
| Acting United States Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM H. RIDINGS, JR., | ) | |
| | ) | |
| Respondent. | ) | |

## **WITHDRAWAL OF DOCUMENT**

COMES NOW Daniel J. Casamatta, Acting United States Trustee for the Eastern District of Missouri, by and through his attorney, and hereby respectfully withdraws its Motion to Examine Debtor's Attorney's Fees and Fee Agreements with Debtor. Doc. No. 32.

    Respectfully Submitted,

    DANIEL J. CASAMATTA
    ACTING UNITED STATES TRUSTEE

    PAUL A. RANDOLPH
    ASSISTANT UNITED STATES TRUSTEE

By:   /s/ Joe Schlotzhauer
       Joseph Schlotzhauer
       E.D. Mo #62138MO, MO #62138

United States Department of Justice
Office of U. S. Trustee
111 So. 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2980 Phone
(314) 539-2990 Fax
Joseph.schlotzhauer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, a true and correct copy of the above and foregoing motion was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and that a true and correct copy of the motion was served electronically via the CM\ECF system of the Clerk of the United States Bankruptcy Court, Eastern District of Missouri upon those parties entitled to receive electronic notice.

I hereby further certify that on March 30, 2021, a true and correct copy of the above and foregoing motion was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and that a true and correct copy of the motion was served upon the parties listed below by First-Class United States mail, postage prepaid, at the following addresses:

Fredrich J. Cruse
P.O. Box 914,718 Broadway
Hannibal, MO 63401
Phone: 573-221-1333
Email: trustee@cruselaw.com
CHAPTER 7 PANEL TRUSTEE

William H. Ridings, Jr.
Ridings Law Firm
2510 South Brentwood Boulevard
Suite 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

Harold L Guido
1470 Park Ashwood Circle
Saint Charles, MO 63304
DEBTOR

*/s/ Joe Schlotzhauer*
Trial Attorney
Office of the United States Trustee