IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | In Proceedings Under Chapter 7 |
|---|---|---|
| | ) | |
| HAROLD L. GUIDO, | ) | Case No. 20-45516-B169 |
| | ) | |
| Debtor. | ) | Hon. Bonnie L. Clair |
| | ) | |
| | ) | Re: Doc. No. 36 |

**ORDER GRANTING MOTION FOR EX-PARTE ENTRY OF AN ORDER RE-OPENING CASE, AUTHORIZING THE APPOINTMENT OF A TRUSTEE, AND DEFERRING THE PAYMENT OF THE RE-OPENING FEE**

Daniel J. Casamatta, the Acting United States Trustee (the "U.S. Trustee"), filed his Motion for Ex-Parte Entry of an Order Re-Opening Case, Authorizing the Appointment of a Trustee and Deferring the Payment of the Re-Opening Fee (the "Motion") on April 8, 2021. No objection or other response to the Motion appears of record. Based upon the Motion and the docket in this case, good cause appearing, it is accordingly

**ORDERED** that the Motion for Ex-Parte Entry of an Order Re-Opening Case, Authorizing the Appointment of a Trustee and Deferring the Payment of the Re-Opening Fee is hereby **GRANTED** in that the Clerk of the Court is directed to re-open the present case, the U.S. Trustee is directed to appoint a trustee in this of this Court's finding that such appointment is necessary pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure to protect the interests of creditors and the debtor and to ensure the efficient administration of the case, and the payment of the fee to re-open the case is deferred until the close of the case or until otherwise directed by the Court.

DATED: April 28, 2021  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
United States Bankruptcy Judge

**Order Prepared By:**

**Sirena T. Wilson**
Trial Attorney
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102

**Copies mailed to:**

**Sirena T. Wilson**
Office of U. S. Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
TRIAL ATTORNEY

**Fredrich J. Cruse**
P. O. Box 914
718 Broadway
Hannibal, MO 63401
CHAPTER 7 PANEL TRUSTEE

**William H. Ridings, Jr.**
Ridings Law Firm
2510 S. Brentwood Blvd., Ste. 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

**Harold L. Guido**
1470 Park Ashwood Circle
St. Charles, MO 63304
DEBTOR

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX