**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

In re:                                           )
    **Harold L Guido**                        )   Case No. 20-45516
                                             )   Chapter 7
                                             )
                                             )
                                             )
                                             )
                    Debtor(s)                )

**TO:**
    Fredrich J. Cruse            **TRUSTEE USE ONLY**

### CLERK'S NOTICE OF FEES DUE

| DATE | DESCRIPTION OF SERVICE | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
|  | **Copies - (per page)** |  | **$0.50** |  |
|  | **Copies - claims register (per page)** |  | **$0.50** |  |
|  | **Misc. copy work** |  | **$0.50** |  |
|  | **Archive Record Retrieval** |  | **$64.00** |  |
|  | **Other: Reopen Fee** | 1 | $260.00 | $260.00 |
|  |  |  |  |  |
|  | **GRAND TOTAL DUE** |  |  | $260.00 |

    **Dana C. McWay, Clerk of Court**

<u>April 28, 2021</u>                    **Joshua Cowen**
                                       **BY** _____
      **DATE**                        **Deputy Clerk**

**PAYABLE ON RECEIPT OF FINAL COST BILL**