IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| HAROLD L. GUIDO, | ) | Case No. 20-45516-B169 |
| | ) | |
| Debtor. | ) | Hon. Bonnie L. Clair |
| | ) | |
| | ) | Re: Doc. No. 36 |

**ORDER GRANTING MOTION FOR EX-PARTE ENTRY OF AN ORDER RE-OPENING CASE, AUTHORIZING THE APPOINTMENT OF A TRUSTEE, AND <u>DEFERRING THE PAYMENT OF THE RE-OPENING FEE</u>**

Daniel J. Casamatta, the Acting United States Trustee (the "U.S. Trustee"), filed his Motion for Ex-Parte Entry of an Order Re-Opening Case, Authorizing the Appointment of a Trustee and Deferring the Payment of the Re-Opening Fee (the "Motion") on April 8, 2021. No objection or other response to the Motion appears of record. Based upon the Motion and the docket in this case, good cause appearing, it is accordingly

**ORDERED** that the Motion for Ex-Parte Entry of an Order Re-Opening Case, Authorizing the Appointment of a Trustee and Deferring the Payment of the Re-Opening Fee is hereby **GRANTED** in that the Clerk of the Court is directed to re-open the present case, the U.S. Trustee is directed to appoint a trustee in this of this Court's finding that such appointment is necessary pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure to protect the interests of creditors and the debtor and to ensure the efficient administration of the case, and the payment of the fee to re-open the case is deferred until the close of the case or until otherwise directed by the Court.

DATED: April 28, 2021
St. Louis, Missouri
mtc

BONNIE L. CLAIR
United States Bankruptcy Judge

**Order Prepared By:**

**Sirena T. Wilson**
Trial Attorney
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102


**Copies mailed to:**

**Sirena T. Wilson**
Office of U. S. Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
TRIAL ATTORNEY

**Fredrich J. Cruse**
P. O. Box 914
718 Broadway
Hannibal, MO 63401
CHAPTER 7 PANEL TRUSTEE

**William H. Ridings, Jr.**
Ridings Law Firm
2510 S. Brentwood Blvd., Ste. 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

**Harold L. Guido**
1470 Park Ashwood Circle
St. Charles, MO 63304
DEBTOR


ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 20-45516-blc
Harold L Guido  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 2
Date Rcvd: Apr 28, 2021     Form ID: pdfo2     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737 |
| 24986390 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 24954610 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 24954618 | + | IC System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 24954621 | + | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 24954634 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24954611 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 00:40:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2021 00:16:00 | Comenity Bank/Gordmans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24954614 | + | Email/Text: stacy@consumercollection.com | Apr 29 2021 00:16:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 24954615 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 29 2021 00:16:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 24954616 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2021 00:16:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 24954617 | + | Email/Text: bknotice@ercbpo.com | Apr 29 2021 00:16:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 24954619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2021 00:16:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 24954620 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2021 00:16:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24954622 | + | Email/PDF: pa_dc_claims@navient.com | Apr 29 2021 00:36:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954632 | + | Email/Text: netcreditbnc@enova.com | Apr 29 2021 00:17:27 | NetCredit, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 24954633 | | Email/Text: info@plazaservicesllc.com | Apr 29 2021 00:16:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 20-45516   Doc 39   Filed 04/30/21   Entered 04/30/21 23:35:27   Imaged
Certificate of Notice   Pg 4 of 4

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdfo2 | Total Noticed: 17 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 24954612 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954623 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954624 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954625 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954626 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954627 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954628 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954629 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954630 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954631 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| John P. Miller | on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 4