UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HAROLD GUIDO, | ) | Case No. 20-45516-169 |
| | ) | |
| Debtor. | ) | Hon. Bonnie L. Clair |
| _____ | ) | |
| | ) | Hearing Date: June 29, 2021 |
| DANIEL J. CASAMATTA, | ) | Hearing Time: 10 a.m. |
| Acting United States Trustee, | ) | Location: 111 South 10th Street |
| | ) | Courtroom 7 South |
| Movant, | ) | St. Louis, Missouri 63102 |
| | ) | |
| | ) | Objection Deadline: June 22, 2021 |
| v. | ) | |
| | ) | |
| WILLIAM H. RIDINGS, JR., | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF UNITED STATES TRUSTEE'S MOTION FOR EXAMINATION OF DEBTOR'S ATTORNEY'S FEES AND FEE AGREEMENTS WITH DEBTOR PURSUANT TO LOCAL RULE 2093, 11 U.S.C. § 329(b), AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2017**

**WARNING: THIS MOTION TO DISMISS CASE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JUNE 22, 2021. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

PLEASE TAKE NOTICE that the United States Trustee has filed a motion in this case. A copy of the pleading may be obtained from the undersigned at the Office of United States Trustee, 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63102, or

from the Clerk of the U.S. Bankruptcy Court, 111 South 10th Street, 4th floor, St. Louis, MO 63102.

     PLEASE TAKE FURTHER NOTICE that the hearing to consider the Debtor's Motion for Examination of Debtor's Attorney's Fees will be held before the Honorable Bonnie Clair, U.S. Bankruptcy Judge, on **June 29, 2021 at 10 a.m.** in United States Bankruptcy Court - Courtroom 7 South, Eastern District of Missouri – Thomas F. Eagleton United States Courthouse, 111 S. Tenth Street, St. Louis, MO 63102. Only parties opposing the Motion are required to appear. Any response or objection to the Motion must be copied to the U.S. Trustee attorney identified herein at the address below and appropriately filed with the U.S. Bankruptcy Court at the address in accordance with its procedures no later than **seven (7) days** prior to the hearing, June 29, 2021. Please refer to the **BOLD** type paragraph above.

          Respectfully Submitted,

          DANIEL J. CASAMATTA
          ACTING UNITED STATES TRUSTEE

          PAUL A. RANDOLPH
          ASSISTANT UNITED STATES TRUSTEE

          By:    */s/ Joe Schlotzhauer*
                  Joe Schlotzhauer
                  Trial Attorney
                  Office of the United States Trustee
                  Bar No. 62138MO
                  111 South 10th Street – Suite 6.353
                  St. Louis, Missouri 63102
                  Telephone: 202 280 9375
                  joseph.schlotzhauer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 7, 2021 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed on the Court's Manual Notice List and listed below on June 7, 2021.

Fredrich J. Cruse
P.O. Box 914,718 Broadway
Hannibal, MO 63401
Phone: 573-221-1333
Email: trustee@cruselaw.com
CHAPTER 7 PANEL TRUSTEE

William H. Ridings, Jr.
Ridings Law Firm
2510 South Brentwood Boulevard
Suite 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

Harold L. Guido
1470 Park Ashwood Circle
Saint Charles, MO 63304
DEBTOR

/s/ Margaret Slaughter
Margaret Slaughter, Paralegal Specialist