UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HAROLD GUIDO, | ) | Case No. 20-45516-169 |
| | ) | |
| Debtor. | ) | Hon. Bonnie L. Clair |
| _____ | ) | |
| | ) | Hearing Date: June 29, 2021 |
| DANIEL J. CASAMATTA, | ) | Hearing Time: 10 a.m. |
| Acting United States Trustee, | ) | Location: 111 South 10th Street |
| | ) | Courtroom 7 South |
| Movant, | ) | St. Louis, Missouri 63102 |
| | ) | |
| | ) | Objection Deadline: June 22, 2021 |
| v. | ) | |
| | ) | |
| WILLIAM H. RIDINGS, JR., | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF UNITED STATES TRUSTEE'S MOTION FOR EXAMINATION OF DEBTOR'S ATTORNEY'S FEES AND FEE AGREEMENTS WITH DEBTOR PURSUANT TO LOCAL RULE 2093, 11 U.S.C. § 329(b), AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2017**

**WARNING: THIS MOTION TO DISMISS CASE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JUNE 22, 2021. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

PLEASE TAKE NOTICE that the United States Trustee has filed a motion in this case. A copy of the pleading may be obtained from the undersigned at the Office of United States Trustee, 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63102, or

from the Clerk of the U.S. Bankruptcy Court, 111 South 10th Street, 4th floor, St. Louis, MO 63102.

  PLEASE TAKE FURTHER NOTICE that the hearing to consider the Debtor's Motion for Examination of Debtor's Attorney's Fees will be held before the Honorable Bonnie Clair, U.S. Bankruptcy Judge, on **June 29, 2021 at 10 a.m.** in United States Bankruptcy Court - Courtroom 7 South, Eastern District of Missouri – Thomas F. Eagleton United States Courthouse, 111 S. Tenth Street, St. Louis, MO 63102. Only parties opposing the Motion are required to appear. Any response or objection to the Motion must be copied to the U.S. Trustee attorney identified herein at the address below and appropriately filed with the U.S. Bankruptcy Court at the address in accordance with its procedures no later than **seven (7) days** prior to the hearing, June 29, 2021. Please refer to the **BOLD** type paragraph above.

        Respectfully Submitted,

        DANIEL J. CASAMATTA
        ACTING UNITED STATES TRUSTEE

        PAUL A. RANDOLPH
        ASSISTANT UNITED STATES TRUSTEE


    By:  */s/ Joe Schlotzhauer*
        Joe Schlotzhauer
        Trial Attorney
        Office of the United States Trustee
        Bar No. 62138MO
        111 South 10th Street – Suite 6.353
        St. Louis, Missouri 63102
        Telephone: 202 280 9375
        joseph.schlotzhauer@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 7, 2021 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed on the Court's Manual Notice List and listed below on June 7, 2021.

Fredrich J. Cruse
P.O. Box 914,718 Broadway
Hannibal, MO 63401
Phone: 573-221-1333
Email: trustee@cruselaw.com
CHAPTER 7 PANEL TRUSTEE

William H. Ridings, Jr.
Ridings Law Firm
2510 South Brentwood Boulevard
Suite 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

Harold L. Guido
1470 Park Ashwood Circle
Saint Charles, MO 63304
DEBTOR

/s/ Margaret Slaughter
Margaret Slaughter, Paralegal Specialist

United States Bankruptcy Court
Eastern District of Missouri

In re:     Case No. 20-45516-blc
Harold L Guido     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 2
Date Rcvd: Jun 08, 2021     Form ID: pdfo3     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737 |
| 24986390 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 24954610 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 24954618 | + | IC System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 24954621 | + | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 24954634 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24954611 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 09 2021 00:16:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 00:29:00 | Comenity Bank/Gordmans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24954614 | + | Email/Text: stacy@consumercollection.com | Jun 09 2021 00:29:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 24954615 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 09 2021 00:29:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 24954616 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 09 2021 00:28:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 24954617 | + | Email/Text: bknotice@ercbpo.com | Jun 09 2021 00:29:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 24954619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2021 00:29:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 24954620 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2021 00:29:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24954622 | + | Email/PDF: pa_dc_claims@navient.com | Jun 09 2021 00:16:32 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954632 | + | Email/Text: netcreditbnc@enova.com | Jun 09 2021 00:29:33 | NetCredit, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 24954633 | | Email/Text: info@plazaservicesllc.com | Jun 09 2021 00:28:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 24954612 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24954623 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954624 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954625 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954626 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954627 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954628 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954629 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954630 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 24954631 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| John P. Miller | on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com |
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 5