UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>In re GUIDO<br><br>Debtor. | Chapter 7<br><br>Case No. 20-45516-169 |
| DANIEL J. CASSAMATA,<br>Acting United States Trustee,<br><br>Movant<br>v.<br><br>WILLIAM H. RIDINGS, JR.,<br><br>Respondent. | Hon. Bonnie L. Clair |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Daniel E. Garrison move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing attorney William H. Ridings, Jr. and his law firm, Ridings Law Firm LLC, in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney:* **Daniel E. Garrison**
b. *Address and telephone number of the movant-attorney;* **1805 N. Scottsdale Rd., Ste. 100, Tempe, AZ 85281**
c. *Name of the firm or letterhead under which the movant practices;* **Protego Law PLLC**
d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;* **University of Utah College of Law, May 1995**
e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;* **State of Utah Bar No. 7207 (1995); District of Utah (1995); State of Arizona Bar No. 21495 (2002); District of Arizona (2002); District of Colorado (2021)**
f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

(L.F. 7 Rev. 02/2013)

**Member in good standing of all bars and courts.**

g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.* **Movant resides in Arizona and is not employed nor regularly engaged in the practice of law in the Eastern District of Missouri. Movant previously has been admitted** *pro hac vice* **in two, related Chapter 7 cases involving the United States Trustee and the same issues (In re Allen, Case No. 20-42663; and In re Donegan, Case No. 20-42689), and is currently admitted** *pro hac vice* **in almost identical matters raised by the United States Trustee in the cases of In re Mapes, 21-40237 and In re Henderson, 21-40040.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

_____
Signature of Applicant
(LR 9011)

**Certificate of Service**
(LR 9004(D) and 2090(B)(1))

The undersigned, under penalty of perjury, attests that a copy of the foregoing was served via email upon the following:

Joe Schlotzhauer,
Trial Attorney
Office of the United States Trustee
Joseph.schlotzhauer@usdoj.gov

_____
Name  Daniel E. Garrison

(L.F. 7 Rev. 02/2013)