UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>    Harold Guido<br>        Debtor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 20-45516<br>**Chapter 7**<br><br><br>**William Riding, Jr., #84392**<br>**2510 S. Brentwood Blvd., Ste. 205**<br>**Brentwood, MO 63144** |

### Motion for Leave to File an Answer in Excess of Fifteen Pages in Length

    Deborah Henderson and her attorney William H. Ridings, Jr along with attorney Daniel E. Garrison to Appear Pro Hac Vice, hereby respectfully request that the Court grant her leave to file a motion that exceeds 15 pages in length.  In support of this motion is the following:

1.   Daniel E. Garrison has prepared an Answer to the United States Trustee's Motion For Examination of the Fees of Debtor's Attorney.

2.   Considering the length of the Answer along with the attached exhibits exceeds the 15-page limit by approximately ten pages, Debtor and Daniel E. Garrison asks that the Court grant leave to Debtor to file the 25-page Answer.

| | |
|---|---|
| Date: June 23, 2021 | Respectfully submitted,<br>/s/ William H. Ridings, Jr.<br>William H. Ridings, Jr.,<br>#38672, #84392<br>2510 South Brentwood, Ste. 205<br>Brentwood, MO  63144<br>(314)968-1313<br>(314)968-1302 fax<br>ridingslaw2003@yahoo.com |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **June 23, 2021** with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **June 23, 2021** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **June 23, 2021.**

<u>:/s/William Ridings, Jr.,</u>

Harold Guido
1470 Park Ashwood Circle
St. Charles, MO 63304
