**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                        **Case No.: 20–45516 – B169**
Harold L Guido                              **Chapter: 7**

**Debtor(s)**

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The Court, having considered Daniel E. Garrison's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

ORDERED that the motion is GRANTED, and Daniel E. Garrison is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

**U.S. Bankruptcy Judge**

**Dated:** 6/25/21
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**