**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                            **Case No.: 20−45516 − B169**
Harold L Guido                                        **Chapter: 7**

**Debtor(s)**

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The Court, having considered Daniel E. Garrison's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

ORDERED that the motion is GRANTED, and Daniel E. Garrison is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

**U.S. Bankruptcy Judge**

**Dated:** 6/25/21
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 20-45516-blc
Harold L Guido  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 1
Date Rcvd: Jun 25, 2021     Form ID: pdfo2     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

**Recip ID**     **Recipient Name and Address**
sp     + Daniel E. Garrison, 1805 N. Scottsdale Rd., Ste 100, Tempe, AZ 85281-1556

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

**Name**     **Email Address**

Fredrich J. Cruse
    trustee@cruselaw.com  MO34@ecfcbis.com

John P. Miller
    on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com

Joseph Richard Schlotzhauer
    on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

William H. Ridings, Jr.
    on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com

TOTAL: 5