**UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re ) | Case No. 20-45516-169 |
| ) | Chapter 7 |
| Harold Guido, ) | |
| ) | Re: Doc. No. 45 |
| Debtor. ) | |

## ORDER

Debtor Harold Guido filed his Motion for Leave to File an Answer in Excess of Fifteen Pages in Length [Doc. No. 45] (the "Motion") in the above-referenced matter. No objection or other response appears to the Motion.

However, while the Motion's caption appears to be for Harold Guido's Chapter 7 bankruptcy case, the introductory paragraph of the Motion itself references only a person named "Deborah Henderson". See Doc. No. 45, at 1. Similarly, the introductory paragraph of the Motion requests "leave to file a motion that exceeds 15 pages in length", see id., but the numbered paragraphs of the Motion contain averments regarding an "Answer," not a motion. Id. at 1, ¶¶ 1-2.

Moreover, no "Answer" appears of record on the docket of the above-captioned matter, much less a twenty-five-page Answer "along with the attached exhibits" as referenced in the Motion. Id. at 1, ¶ 2. Instead, this Court's docket shows a document captioned "Response and Objection of Debtor's Counsel to Motion of the United States Trustee for Examination of the Fees of Debtor's Attorney Pursuant to Local Rule 2093(c)(3), 11 U.S.C. § 329, and Federal Rule of Bankruptcy Procedure 2017" that is twenty-five pages long, but that document does not have any attached or separately filed exhibits. See Doc. No. 43.

Further, the Motion fails to state any cause or grounds for grant of the Motion other than the fact that the purported "Answer" exceeds the page limit applicable in this Court under L.R. 9004(C). Cf. Fed. R. Bankr. P. 9013 (requiring motions to state grounds particularly and set forth relief sought). And finally, if the Response located at Document Number 43 on this Court's

docket comprises the overlength document referenced in the Motion, then the Motion fails to count pages correctly under the applicable Local Rule, which makes any page count for length purposes exclusive of the signature, certificate of service and attachments.  L.R. 9004(C).

The Motion contains multiple errors and inconsistencies and lacks both a plea or other clear request for relief and any particularized statements of the basis for the requested relief. As a result, it is hereby

ORDERED that the Motion for Leave to File an Answer in Excess of Fifteen Pages in Length [Doc. No. 45] in the above-referenced matter is **DENIED** without prejudice.

DATED: June 28, 2021  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
United States Bankruptcy Judge

Copies Mailed to:

**William H. Ridings, Jr.**  
Ridings Law Firm  
2510 S. Brentwood Blvd, Ste. 205  
St. Louis, MO 63144

**Harold L Guido**  
1470 Park Ashwood Circle  
St. Charles, MO 63304

**Fredrich J. Cruse**  
Fredrich J. Cruse, Trustee  
P.O. Box 914  
718 Broadway  
Hannibal, MO 63401

**Joseph Richard Schlotzhauer**  
United States Trustee Program  
111 South 10th Street  
Suite 6.353  
St. Louis, MO 63102