**UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 20-45516-169 |
| | ) | Chapter 7 |
| Harold Guido, | ) | |
| | ) | Re: Doc. No. 45 |
| Debtor. | ) | |

### ORDER

Debtor Harold Guido filed his Motion for Leave to File an Answer in Excess of Fifteen Pages in Length [Doc. No. 45] (the "Motion") in the above-referenced matter.  No objection or other response appears to the Motion.

However, while the Motion's caption appears to be for Harold Guido's Chapter 7 bankruptcy case, the introductory paragraph of the Motion itself references only a person named "Deborah Henderson".  See Doc. No. 45, at 1.  Similarly, the introductory paragraph of the Motion requests "leave to file a motion that exceeds 15 pages in length", see id., but the numbered paragraphs of the Motion contain averments regarding an "Answer," not a motion.  Id. at 1, ¶¶ 1-2.

Moreover, no "Answer" appears of record on the docket of the above-captioned matter, much less a twenty-five-page Answer "along with the attached exhibits" as referenced in the Motion.  Id. at 1, ¶ 2.  Instead, this Court's docket shows a document captioned "Response and Objection of Debtor's Counsel to Motion of the United States Trustee for Examination of the Fees of Debtor's Attorney Pursuant to Local Rule 2093(c)(3), 11 U.S.C. § 329, and Federal Rule of Bankruptcy Procedure 2017" that is twenty-five pages long, but that document does not have any attached or separately filed exhibits.  See Doc. No. 43.

Further, the Motion fails to state any cause or grounds for grant of the Motion other than the fact that the purported "Answer" exceeds the page limit applicable in this Court under L.R. 9004(C).  Cf. Fed. R. Bankr. P. 9013 (requiring motions to state grounds particularly and set forth relief sought).  And finally, if the Response located at Document Number 43 on this Court's

1

docket comprises the overlength document referenced in the Motion, then the Motion fails to count pages correctly under the applicable Local Rule, which makes any page count for length purposes exclusive of the signature, certificate of service and attachments.  L.R. 9004(C).

The Motion contains multiple errors and inconsistencies and lacks both a plea or other clear request for relief and any particularized statements of the basis for the requested relief. As a result, it is hereby

ORDERED that the Motion for Leave to File an Answer in Excess of Fifteen Pages in Length [Doc. No. 45] in the above-referenced matter is **DENIED** without prejudice.

DATED: June 28, 2021  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
United States Bankruptcy Judge

Copies Mailed to:

**William H. Ridings, Jr.**  
Ridings Law Firm  
2510 S. Brentwood Blvd, Ste. 205  
St. Louis, MO 63144

**Harold L Guido**  
1470 Park Ashwood Circle  
St. Charles, MO 63304

**Fredrich J. Cruse**  
Fredrich J. Cruse, Trustee  
P.O. Box 914  
718 Broadway  
Hannibal, MO 63401

**Joseph Richard Schlotzhauer**  
United States Trustee Program  
111 South 10th Street  
Suite 6.353  
St. Louis, MO 63102

2

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 20-45516-blc
Harold L Guido Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdfo1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harold L Guido, 1470 Park Ashwood Circle, Saint Charles, MO 63304-8737 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| John P. Miller | on behalf of Creditor Santander Consumer USA Inc jmiller@dunnandmiller.com |
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Harold L Guido ridingslaw2003@yahoo.com |

TOTAL: 5