UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY D. MAPES,<br><br>　　　　　Debtor. | Case No. 21-40237-169<br><br>Chapter 7<br><br>Hon. Bonnie L. Clair |
| In re:<br><br>DEBORAH A. HENDERSON,<br><br>　　　　　Debtor. | Case No. 21-40040-659<br><br>Chapter 7<br><br>Hon. Kathy A. Surratt-States |
| In re:<br><br>HAROLD GUIDO,<br><br>　　　　　Debtor. | Case No. 20-45516-169<br><br>Chapter 7<br><br>Hon. Bonnie L. Clair |
| DANIEL J. CASAMATTA,<br>Acting United States Trustee,<br><br>　　　　　Movant<br><br>v.<br><br>WILLIAM H. RIDINGS, JR.,<br><br>　　　　　Respondent. | |

# SCHEDULING ORDER
## ON UNITED STATES TRUSTEE'S MOTIONS

Daniel J. Casamatta, the Acting United States Trustee for the Eastern District of Missouri ("the United States Trustee"), and William H. Ridings, Jr. ("Mr. Ridings"), having filed a Joint Motion for Entry of a Scheduling Order ("the Joint Motion") on July 23, 2021, relating to the United States Trustee's Motions for Examination of the Fees of Debtor's Attorney Pursuant to Local Rule 2093(C)(3) of the United States Bankruptcy Court for the Eastern District of Missouri, 11 U.S.C. § 329, and Federal Rule of Bankruptcy Procedure 2017 ("the United States Trustee's Motions") filed in each of these cases. Based on careful review of the Joint Motion and the record in these cases, it is accordingly

**ORDERED** that the Joint Motion be and hereby is **GRANTED** in that the following schedule shall govern the proceedings with respect to the United States Trustee's Motions:

1. No later than **Wednesday, August 11, 2021**, Mr. Ridings shall provide to counsel to the United States Trustee a summary of the intended proof of reasonableness of his fees in these related cases. The United States Trustee may thereafter seek an examination of Mr. Ridings on this topic at the discretion of the United States Trustee.

2. Any discovery shall be completed by **September 1, 2021**.

3. No later than **Wednesday, September 8, 2021**, the parties shall file a joint pre-trial statement including the following information:

    a. A summary of stipulated facts agreed to be relevant to these proceedings;

    b. A separate summary, if needed, of facts asserted by one or the other of the parties as to which a stipulation has not been reached;

    c. A concise summary from each party of the arguments and legal theories predicating their positions;

  d. A list of exhibits as to which admission is stipulated;

  e. A separate list of exhibits, if needed, of exhibits proposed to be admitted by one or the other party as to which admission is not stipulated;

  f. A list of witnesses that each party may call with a concise summary of the nature and relevance of their anticipated testimony; and,

  g. If applicable, any agreements between the parties as to the scope of the Court's ruling in these cases, subject to the Court's independent discretion with respect to such scope.

 4. No later than **Friday, September 17, 2021**, each party may, as they deem necessary, file a supplemental brief of points and authorities on the issues to be determined by the Court.

 5. The parties agree that standard pre-trial procedures under Local Rule 7016(A) concerning the exchange and delivery of exhibits shall apply.

 6. The trial on the United States Trustee's Motions is scheduled for _____, 2021, at _____ m. in Courtroom _____.

DATED:
St. Louis, Missouri

                  _____
                  KATHY A. SURRATT-STATES
                  Chief United States Bankruptcy Judge

                  _____
                  BONNIE L. CLAIR
                  United States Bankruptcy Judge