UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HAROLD GUIDO, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 20-45516-169 |
| | ) | |
| DANIEL J. CASAMATTA, | ) | Hon. Bonnie L. Clair |
| Acting United States Trustee, | ) | |
| | ) | |
| Movant | ) | Re: Doc 40 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM H. RIDINGS, JR., | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF DEVELOPMENT IN THE LAW**

Daniel J. Casamatta, Acting United States Trustee for the Eastern District of Missouri, Eastern Division, by his attorney, Joseph Schlotzhauer, hereby notifies the Court that the United States Bankruptcy Court for the District of South Carolina has reversed the decision of the United States Bankruptcy Court in *In re Prophet,* 628 B.R. 788 (Bankr. D.S.C. 2021). *See In re* Prophet, No. 9:21-CV-01082-JMC, 2022 WL 766352 (D.S.C. March 14, 2022). The United States Trustee does not believe that the District Court's decision is controlling in this case, and the District Court's reversal does not change the United States Trustee's arguments in this case.

1

Dated:   May 5, 2022

        Respectfully submitted,

        DANIEL J. CASAMATTA
        Acting United States Trustee

        PAUL A. RANDOLPH
        Assistant United States Trustee

        /s/ Joe Schlotzhauer
        E.D. Mo #62138MO
        Trial Attorney
        Office of U. S. Trustee
        111 South 10th Street, Suite 6.353
        St. Louis, MO 63102
        (202) 280-9375 Phone
        Joseph.schlotzhauer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, a true and correct copy of the above and foregoing notice was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and that a true and correct copy of the motion was served electronically via the CM\ECF system of the Clerk of the United States Bankruptcy Court, Eastern District of Missouri upon those parties entitled to receive electronic notice.

I hereby further certify that on May 5, 2022, a true and correct copy of the above and foregoing notice was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and that a true and correct copy of the motion was served upon the parties listed below by First-Class United States mail, postage prepaid, at the following addresses:

Fredrich J. Cruse
P.O. Box 914,718 Broadway
Hannibal, MO 63401
Phone: 573-221-1333
Email: trustee@cruselaw.com
CHAPTER 7 PANEL TRUSTEE

William H. Ridings, Jr.
Ridings Law Firm
2510 South Brentwood Boulevard
Suite 205
St. Louis, MO 63144
COUNSEL FOR DEBTOR

Harold L. Guido
1470 Park Ashwood Circle
Saint Charles, MO 63304
DEBTOR

                                                            */s/ Joseph Schlotzhauer*
                                                            Joseph Schlotzhauer
                                                            Trial Attorney
                                                            Office of the United States Trustee